UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 3:21-cr-00294-1 |
| KEVIN FIGUEROA | ) | |
| Defendant. | ) | |

## ORDER

This case is set for a status conference for Monday, **August 22, 2022**, at 11:30 a.m. to discuss the upcoming trial scheduled for September 20, 2022. Mr. Brent Horst shall call 1-888-278-0296, and when prompted enter access code 6564835# to participate in the call. If you have difficulty connecting, please contact chambers at 615-736-7013.

Ms. Morrison and a Mr. McGuire are expected to attend in person.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE