UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:21-cr-00294-1 |
| | ) | |
| | ) | CHIEF JUDGE CRENSHAW |
| KEVIN FIGUEROA | ) | |

**POSITION OF THE UNITED STATES
REGARDING PRESENTENCE REPORT**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, Monica R. Morrison, and, in accordance with the prior orders of this court and in compliance with LCrR 32.01(c), submits that the United States has no objections to the Pre-Sentence Report.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: */s/ Monica R. Morrison*
MONICA R. MORRISON
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 736-5151
Monica.Morrison@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on the 28th day of March 2023.

*/s/ Monica R. Morrison*
MONICA R. MORRISON